UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In the Matter of the ) <br> FORT TOTTEN METRORAIL CASES ) <br> Arising Out of the Events of June 22, 2009 ) <br> ) <br> ) <br> LEAD CASE: <u>Jenkins v. Washington</u> ) <br> <u>Metropolitan Area Transit Authority, et al.</u> ) <br> ) <br> ) <br> THIS DOCUMENT RELATES TO: ) <br> ) <br> *Jenkins v. Washington Metropolitan Area* ) <br> *Transit Authority, et al.* ) <br> Case No.: 1:09-cv-01442-RBW ) <br> ) | Case No.: 10-mc-00314 (RBW)(JMF) |

### ORDER

UPON CONSIDERATION of the Motion to File Settlement Documents Under Seal, it is this ___5___ day of __May__ 2012, by the United States District Court for the District of Columbia:

ORDERED, that the Motion to File Settlement Documents Under Seal be, and hereby is, GRANTED, and it is further;

ORDERED, that all such documents shall be placed under seal, and maintained as confidential.

_____
The Honorable Reggie B. Walton

The Clerk of the Court shall send a true *teste* copy of this Order to the following:

David E. Haynes, D.C. Bar No. 483119
Stephen D. Annand, D.C. Bar No. 480532
THE COCHRAN FIRM
1100 New York Avenue, N.W.
Suite 340, West Tower
Washington, D.C. 20005
Telephone: (202) 682-5800
Fax: (202) 408-8851
dhaynes@cochranfirm.com
sannand@cochranfirm.com

and

William H. Kennedy, III
(Admitted pro hac vice)
Law Offices of DiStefano, Bossola & Kennedy
7471 West Oakland Park Boulevard,
Suite 106
Fort Lauderdale, FL 33319

Robert Bruce Wallace, Esq.
William G. Gandy, Esq.
Jason Waters, Esq.
Christopher Mangold, Esq.
Wilson Elser Moskowitz
 Edelman & Dicker, LLP
700 11th Street, N.W.
Suite 400
Washington, D.C. 20001
*Counsel for Defendant WMATA*

Richard M. Barnes, Esq.
K. Nichole Nesbitt, Esq.
Linda S. Woolf, Esq.
Craig S. Brodsky, Esq.
Goodell, DeVries, Leech & Dann LLP
One South Street
20th Floor
Baltimore, Maryland 21202
*Counsel for Defendant ARINC, Inc.*

Timothy M. Broas, Esq.
John J. Rosenthal, Esq.
Nicole S. Soukup, Esq.
Mathew Campbell, Esq.
Winston & Strawn, LLP
1700 K Street N.W.
Washington, D.C. 20006
*Counsel for Defendant Alstom Signaling, Inc.*

Leslie P. Machado, Esq.
Robert F. Reklaitis, Esq.
Robert Fletcher, Esq.
LeClair Ryan
1101 Connecticut Avenue
Suite 600
Washington, D.C. 20036
*Counsel for Defendant Ansaldo STS USA, Inc.*